Upon consideration of Hallmark–Phoenix 3, LLC's motion to dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

Raul SALINAS, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7114.

United States Court of Appeals, Federal Circuit.

July 25, 2011.

## ON MOTION

## ORDER

Raul Salinas moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.